No. 75–1787. SMOKE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1788. CAREY TRANSPORTATION, INC. v. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY. Ct. App. N. Y. Certiorari denied.

No. 75–1789. ASHMORE ET AL. v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 75–1790. BRACH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1791. ARTHUR ANDERSEN & Co. v. KRAMER ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–1792. UNITED EQUITY CORP. ET AL. v. YOUNG PROPERTIES CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–1794. EVER-READY, INC., ET AL. v. UNION CARBIDE CORP. C. A. 7th Cir. Certiorari denied.

No. 75–1795. STRAUBE v. LARSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–1800. CALLAHAN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1802. REEVES v. UNITED STATES; and
No. 75–6834. BERRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1803. HACKENBERGER, DBA RON'S TRUCKING SERVICE v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 75–1804. DeFEIS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.